AO 239 (Rev. 12/13) (INND Rev. 6/14)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

Tyquan Stewart Bey )
[You are the plaintiff. Type or print your name on the )
line above. If there is more than one plaintiff, each )
of you must complete a separate form.] )
)
Parkview behavioral Health, State of Indiana, )
Allen County Jail, Westville State Prison, )
Social Security administration )
[You are suing the defendant(s). Type or print ONLY )
the name of the FIRST defendant on the live above.] )

Cause No. 1:16CV138

FILED 16 APR 29

[If you are filing this in a current case, put the case number on the line above. If this is a new case, leave it blank. The clerk will provide the number when the case is filed.]

## PETITION TO PROCEED
## WITHOUT PRE-PAYMENT OF FEES AND COSTS

I declare that I am not a prisoner and that I cannot pay the full filing fees and costs of this civil lawsuit or give security because of my poverty. I believe that my claims have merit and I petition the court to proceed without pre-payment of court fees and costs.

1. Are you employed?

   ☒ NO

   ☐ YES, my gross earnings (before deductions for taxes, etc.) are $ _____ per month.

2. Are you married?

   ☐ NO

   ☒ YES, my spouse's gross earnings (before deductions for taxes, etc.) are $ Currently unemployed per month.

3. Have you or your spouse received any money in the past 12 months from any source other than employment?

   ☒ NO

   ☐ YES

| From whom? | How often? | How much? |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

4. Are you financially dependent on someone other than your spouse for support?

☐ NO

☑ YES, I am supported by [name and relationship] __Mattie & Robert Stewart Grandparents__

5. How much cash do you and your spouse have? $ __1,050__

6. Do you or your spouse have money in a checking, savings, Certificate of Deposit, or any other account?

☐ NO

☑ YES

| Name of Financial Institution | Type of Account | How Much? |
|---|---|---|
| Partners First | Savings | 1,050 |
|  |  |  |
|  |  |  |

7. What is the value of your and your spouse's real estate, cars, jewelry, stocks, bonds, and other valuable property or investments? $ __3,000__

8. Do you have any dependents?

☐ NO

☑ YES, I support __11__ child/children who is/are under 18 years of age.

List any adult (other than your spouse) whom you support:

| Name | Age | Relationship | How Much? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

9. Please provide any other information that should be considered in evaluating your petition.

me and my wife just got married 3/4/16 we live in the Basement of my Grandparents we have 4 children in house hold that we support. As of today unemployed, me as well. I enrolled in School at Ivy tech

I declare under penalty of perjury that the foregoing is true.

Today's Date: __4/28/16__   Your Signature: __Tyquan Stewart Bey__

## V. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_T.S.B_ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_T.S.B_ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_T.S.B_ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_T.S.B_ I have included full payment of the filing fee **OR** attached a properly completed petition to proceed *in forma pauperis* (available from the clerk).

_T.S.B_ I agree to promptly notify the clerk of any change of address.

_T.S.B_ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_T.S.B_ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this __28__ day of __April__, 20__14__.

__Tyquan Stewart Bey__
Your Signature

4