FILED

16 JUL 11 PM 1:50

U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

Cause No. 1:16 CV138

Dear you're Honor,

With all due respect to the courts and the defendants. I will like to submit further information out of good faith regarding the case I have presented. In this letter I will enclose the following lawyers I have reach out to pertaining to this case, and was unsuccessful in obtaining counsel. Indiana bar association which, I spoke with a lady by name of Nicole who referred me to two local lawyers. One whom works at the law firm of: Randall J. Hammond, Leonard, Hammond, Thoma & Terrill at 800 South Calhoun Street Fort Wayne, IN 46806 tel. 260-420-6000. Another one whom name is David Franks who works at the law firm with Christopher Myers at 809 S Calhoun St #400, Fort Wayne, IN 46802 Tel. 260-424-0600. I also contacted a lawyer referral company by the name of legal shield who then appointed me to a lawyer by the name of O'Koon Hintermeister, out of Indianapolis IN, who then appointed me to a local attorney by the name of Mr. Vegelar who's a lawyer at a law firm at 110 W Berry St #1200, Fort Wayne, IN 46802 Tel. 260-407-6165. Hopefully with this extended information you can see that I have went far, and beyond in appointing counsel for the case forth said.

Sincerely yours,

Tyquan Stewart