UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TYQUAN STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16 CV 138 ) |
| PARKVIEW BEHAVIORAL HOSPITAL, *et al.* | ) ) ) |
| Defendants. | ) ) |

**O R D E R**

Tyquan Stewart, a *pro se* plaintiff, seeks leave to proceed *in forma pauperis* (DE # 2). Because it appears that the plaintiff is unable to afford to pay the filing fee, the court: (1) **GRANTS** the plaintiff leave to proceed *in forma pauperis* (DE # 2); (2) **DEFERS** payment of the filing fee; (3) **ORDERS** the plaintiff to pay the $350.00 filing fee from the proceeds of any recovery that is received in this case; and (4) **DIRECTS**, pursuant to 28 U.S.C. § 1915(d), the United States Marshals Service to effect service of process on defendants.

**SO ORDERED.**

Date: August 22, 2016

s/ James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT