UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TYQUAN STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-00138 – JTM-SLC |
| ) | |
| PARKVIEW HOSPITAL, INC. d/b/a PARKVIEW ) | |
| BEHAVIORAL HEALTH HOSPITAL, ) | |
| and Lakisha HOUSTON, ) | |
| ) | |
| Defendants. ) | |

To the Clerk of this court and all parties of record:

I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

Enter my Appearance as counsel in this case for **Parkview Hospital, Inc. d/b/a Parkview Behavioral Health Hospital (inappropriately sued and served herein as Parkview Behavioral Hospital), and Lakisha Houston (inappropriately sued and served herein as Kisha Houston).**


Dated: _____September 26, 2016_____      *s/Mark W. Baeverstad*_____
                                         Mark W. Baeverstad #3896-02
                                         Rothberg Logan & Warsco LLP
                                         505 E. Washington Blvd.
                                         Fort Wayne, IN  46802
                                         (260) 422-9454 - Telephone
                                         (260) 422-1622 – Facsimile
                                         mbaeverstad@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2016, the following non-CM/ECF participant was served by first class U.S. mail, postage prepaid to:

Tyquan Stewart
4510 Austin Dr.
Fort Wayne, IN 46806

                                                *s/Mark W. Baeverstad*
                                                Mark W. Baeverstad