UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TYQUAN STEWART, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:16-CV-00138 – JTM-SLC |
| PARKVIEW HOSPITAL, INC. d/b/a PARKVIEW BEHAVIORAL HEALTH HOSPITAL, and LAKISHA HOUSTON, | ) ) ) ) ) |
| Defendants. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW the Defendants, Parkview Hospital, Inc. d/b/a Parkview Behavioral Health Hospital, and Lakisha Houston, by counsel, and move for an extension of time in which to respond to Plaintiff's Complaint. In support of said Motion, Defendants state as follows:

1. The original deadline for responding to Plaintiff's Complaint is October 12, 2016.

2. Defendants request an extension of time to and including October 26, 2016.

3. The undersigned counsel for Defendants has contacted the pro se Plaintiff, Tyquan Stewart, by telephone, and he has verbally agreed to the extension of time.

WHEREFORE, Defendants, Parkview Hospital, Inc. d/b/a Parkview Behavioral Health Hospital, and Lakisha Houston, pray for an extension of time to and including October 26, 2016, in which to respond to Plaintiff's Complaint.

Dated: September 26, 2016

*s/Mark W. Baeverstad*
Mark W. Baeverstad #3896-02
Rothberg Logan & Warsco LLP
505 E. Washington Blvd.
Fort Wayne, IN 46802
(260) 422-9454 - Telephone
(260) 422-1622 - Facsimile
mbaeverstad@rlwlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of September, 2016, the following non-CM/ECF participant was served by first class U.S. mail, postage prepaid to:

Tyquan Stewart
4510 Austin Dr.
Fort Wayne, IN 46806


*s/Mark W. Baeverstad*
Mark W. Baeverstad