1:16CV138

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Parkview Hospital
Rita Houston
1720 Beacon St.
Fort Wayne, IN 46805

9590 9403 0285 5155 5969 09

2. Article Number (Transfer from service label)
7015 0640 0007 8471 8903

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Derelice

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Per USPS T&C 9/16/16
USMS N/IN 19 SEP '16 PM 3:12

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

4510 Austin Dr. Ft. Wayne, IN 46806

---

...needed and route as specified below.

**RECEIPT AND RETURN**
Service of Process by U.S. Marshal

COURT CASE NUMBER: 1:16-CV-138
TYPE OF PROCESS:

DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Houston
46805

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

USMS N/IN 19 SEP '16 PM 3:12
FILED SEP 30 PM 4:07

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

USMS N/IN 26 AUG '16 PM 1:25

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 2/2   District of Origin No. 27   District to Serve No. 27
Signature of Authorized USMS Deputy or Clerk: CK   Date: 9/13/16

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date: 9/16/2016   Time: ☐ am ☐ pm
Signature of U.S. Marshal or Deputy: CK

Service Fee: 8.00   Total Mileage Charges including endeavors:   Forwarding Fee:   Total Charges: 8.00   Advance Deposits:   Amount owed to U.S. Marshal* or (Amount of Refund*): $0.00

REMARKS: 9/13/16 Sent Certified 70150640000784718903

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80