UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| TYQUAN STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-CV-00138 – JTM-SLC |
| ) | |
| PARKVIEW BEHAVIORAL HOSPITAL ) | |
| SECURITY GUARD, KISHA HOUSTON, ) | |
| ) | |
| Defendants. ) | |

To the Clerk of this court and all parties of record:

    I, the below-signed, state that pursuant to N.D. Ind. L.R. 83-5(e), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit. I declare under penalty of perjury that the foregoing is true and correct.

    Enter my Appearance as counsel in this case for **Lakisha Houston (inappropriately sued and served herein as Parkview Behavioral Hospital Security Guard, Kisha Houston).**

Dated:    October 18, 2016            *s/Lauren R. Deitrich*
                                                                 Lauren R. Deitrich #33989-64
                                                                 Rothberg Logan & Warsco LLP
                                                                 505 E. Washington Blvd.
                                                                 Fort Wayne, IN 46802
                                                                 (260) 422-9454 - Telephone
                                                                 (260) 422-1622 – Facsimile
                                                                 ldeitrich@rlwlawfirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of October, 2016, the following non-CM/ECF participant was served by first class U.S. mail, postage prepaid to:

Tyquan Stewart
4510 Austin Dr.
Fort Wayne, IN 46806


                                                  *s/Lauren R. Deitrich*
                                                  Lauren R. Deitrich