```
Tyquan Stewart bey,        )   Case No. 1:16-cv-00138
        plaintiff,         )
                           )
                           )
        V.                 )
                           )
                           )
Parkview hospital INC,.    )
Lakisha Houston            )
        defendant,         )
```

## MOTION TO DISMISS

I Tyquan Stewart bey respectfully request court to dismiss the claim against PARKview hospital INC, and LAkisha Houston.

Respectfully yours,

Tyquan Stewart bey

## CERTIFICATE OF SERVICE

I Tyquan Stewart bey sent copies to defendants through clerk at federal building by CM/EFC

Respectfully yours,
Tyquan Stewart bey