UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| TYQUAN STEWART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 1:16-CV-138-TLS |
| | ) | |
| ALLEN COUNTY JAIL, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on the parties Stipulation to Dismiss [ECF No. 94], filed on July 24, 2018. In their stipulation, the parties have agreed to dismiss this case with prejudice.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court ACCEPTS the parties' Stipulation to Dismiss [ECF No. 94]. The Court also DENIES AS MOOT the Plaintiff's Motion to Dismiss [ECF No. 93].

SO ORDERED on July 26, 2018.

                                          s/ Theresa L. Springmann
                                          CHIEF JUDGE THERESA L. SPRINGMANN
                                          UNITED STATES DISTRICT COURT